FISHER, Respondent, v. WAKEFIELD PARK REALTY CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 30, 1913.) Action by Anthony Fisher against the Wakefield Park Realty Company. No opinion. Judgment and order affirmed with costs. See, also, 137 App. Div. 890, 121 N. Y. Supp. 1130.

FLAHERTY, Appellant, v. ONWARD CONST. CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 18, 1913.) Action by Agnes Flaherty against the Onward Construction Company. No opinion. Order unanimously affirmed on argument, with costs. See, also, 151 App. Div. 924, 135 N. Y. Supp. 1112.

FLINT, Respondent, v. PROVIDENT LIFE & TRUST CO. OF PHILADELPHIA, Appellant. (Supreme Court, Appellate Division, Third Department. May 22, 1913.) Action by Carrie Mayfred Flint against the Provident Life & Trust Company of Philadelphia. No opinion. Judgment (78 Misc. Rep. 673, 140 N. Y. Supp. 167) unanimously affirmed, with costs.

In re FLYNN. (Supreme Court, Appellate Division, First Department. May 16, 1913.) In the matter of George Flynn, deceased. No opinion. Decree (75 Misc. Rep. 87, 134 N. Y. Supp. 874) affirmed, with costs. Order filed.

FOGARTY v. FOGARTY. (Supreme Court, Appellate Division, First Department. May 9, 1913.) Action by Patrick A. Fogarty against William P. Fogarty. No opinion. Motion denied, without costs. Order filed. See, also, 140 N. Y. Supp. 1119.

FOLEY v. NEW YORK SAVINGS BANK. (Supreme Court, Appellate Division, First Department. April 11, 1913.) Action by James Foley against the New York Savings Bank. No opinion. Application granted. Order signed. See, also, 79 Misc. Rep. 220, 139 N. Y. Supp. 915.

In re FT. WASHINGTON RIDGE ROAD. (Supreme Court, Appellate Division, First Department. April 11, 1913.) In the matter of the Ft. Washington Ridge Road. No opinion. Motion granted, with $10 costs. Order filed.

FOSTER, Appellant, v. THOUSAND ISLAND PARK ASS'N, Respondent. (Supreme Court, Appellate Division, Fourth Department. April 30, 1913.) Action by Silas W. Foster against the Thousand Island Park Association. No opinion. Judgment affirmed, with costs.

FOSTER, Respondent, v. WALDO et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 30, 1913.) Action by Frank E. Foster against George E. Waldo and another. No opinion. Judgment and order unanimously affirmed without costs.

FOWLSTON, Respondent, v. HATHAWAY, Appellant. (Supreme Court, Appellate Division, Third Department. May 7, 1913.) Action by Stanley J. Fowlston against Azariah J. Hathaway.

PER CURIAM. Judgment and order unanimously affirmed with costs.

LYON, J., not sitting.

FOX et al., Appellants, v. HAWKINS, Respondent. (Supreme Court, Appellate Division, Second Department. April 30, 1913.) Action by Catherine Fox and others against Samuel N. Hawkins. No opinion. Judgment affirmed, with costs. See, also, 150 App. Div. 801, 135 N. Y. Supp. 245.

FOX et al., Appellants, v. PEACOCK et al., Respondents. (Supreme Court, Appellate Division, First Department. May 16, 1913.) Action by Hugh C. Fox and others against George A. Peacock and another. W. C. Rosenberg, of New York City, for appellants. R. Claughton, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed. See, also, 140 N. Y. Supp. 1119.

FRAME, Repondent, v. FORSTER, Appellant (two cases). (Supreme Court, Appellate Division, First Department. May 23, 1913.) Action by Caroline W. Frame against Frederick P. Forster. G. H. Fletcher, of New York City, for appellant. A. P. Jetmore, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

FRANZE, Respondent, v. AMERICAN WOOLEN CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 30, 1913.) Action by Giuseppe Franze by his guardian ad litem, Felix Pereira, against the American Woolen Company.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, upon the ground that the only question that should have been submitted to the jury is whether the foreman directed plaintiff to take wool from the machine, and whether plaintiff was justified, in the absence of instructions as to the nature of the machine, in attempted compliance with the order to put his hand between the rollers, and whether, if the order was given, and plaintiff was so justified, defendant was negligent.

FREAR, Respondent, v. LEWIS, Appellant. (Supreme Court, Appellate Division, First Department. May 2, 1913.) Action by Frank B. Frear against Alfred H. Lewis. R. H. Elder, of New York City, for appellant. J. N. Hayes, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

In re FRINDEL. (Supreme Court, Appellate Division, Second Department. March 28,

1913.) **In the matter of Benjamin Frindel, an** attorney. No opinion. Report of referee confirmed, and applicant reinstated. See, also, 154 App. Div. 951, 139 N. Y. Supp. 1123.

In re FRONTIER & W. R. CO. (Supreme Court, Appellate Division, Fourth Department. April 30, 1913.) In the matter of the application of the directors of the Frontier & Western Railroad Company for an order directing the Public Service Commission, Second District, to issue a certificate of public convenience and necessity, etc. No opinion. Motion for leave to appeal to Court of Appeals (from 155 App. Div. 57, 139 N. Y. Supp. 627) denied, with $10 costs.

GABEL, Respondent, v. HASTINGS HOMES CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Action by George Gabel against the Hastings Homes Company. No opinion. Interlocutory judgment affirmed, with costs, with leave to defendant to answer within 20 days, upon payment of all costs to date. See, also, 154 App. Div. 946, 139 N. Y. Supp. 1124.

GAINSBORG, Respondent, v. DEUTERMANN et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 18, 1913.) Action by Casta Gainsborg against Charles Deutermann and another. No opinion. Motion denied, with $10 costs to each of the opposing parties. See, also, 140 N. Y. Supp. 1120; 141 N. Y. Supp. 1120.

GAINSBORG, Respondent, v. DEUTERMANN et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 18, 1913.) Action by Casta Gainsborg against Charles Deutermann and another. No opinion. Order, in so far as appealed from, affirmed, with $10 costs and disbursements. See also, 141 N. Y. Supp. 1120.

GANN, Respondent, v. SHARP, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 21, 1913.) Action by John Gann against Guy A. Sharp. No opinion. Judgment affirmed, with costs.

GARTLAND, Respondent, v. GARTLAND, Appellant. (Supreme Court, Appellate Division, Second Department. April 30, 1913.) Action by Michael Gartland against Hugh Gartland. No opinion. Judgment affirmed, with costs.

GARVIN, Appellant, v. GARVIN, Respondent. (Supreme Court, Appellate Division, First Department. May 16, 1913.) Action by Agnes L. Garvin against George K. Garvin. H. W. Merchant, of New York City, for appellant. C. G. Signor, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

GEHL, Respondent, v. BACHMANN-BECHTEL BREWING CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 25, 1913.) Action by Rudolph Gehl against the Bachmann-Bechtel Brewing Company. No opinion. Motion for leave to appeal to the Court of Appeals (from 141 N. Y. Supp. 133) denied.

GEISENER, Respondent, v. McDONOUGH, Appellant. (Supreme Court, Appellate Division, First Department. May 23, 1913.) Action by William Geisener against John F. McDonough. J. Hilquitt, for appellant. J. J. Coughlan, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GELLER, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. April 18, 1913.) Action by Samuel Geller, as administrator, against the City of New York. L. Cohn, of New York City, for appellant. C. J. Nehrbas, of New York City, for respondent. No opinion. Order affirmed, with costs. Order filed.

GILLIES v. SCHWARZSCHILD & SULZBERGER CO. et al. (Supreme Court, Appellate Division, First Department. May 16, 1913.) Action by Wright Gillies against the Schwarzschild & Sulzberger Company and others. C. P. Northrop, of New York City, for plaintiff. M. J. Stroock and F. E. Carstarphen, both of New York City, for defendants. No opinion. Exceptions overruled, and judgment ordered on dismissal of complaint, with costs. Settle order on notice.

GILMORE, Respondent, v. GILMORE, Appellant. (Supreme Court, Appellate Division, First Department. May 2, 1913.) Action by Cecilia Gilmore against William H. Gilmore. E. A. Scott, of New York City, for appellant. E. Russell, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 152 App. Div. 945, 137 N. Y. Supp. 1121.

GILSOW v. SCHMIDT. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Action by George H. Gilsow against Auguste Sophie Schmidt.

PER CURIAM. In the absence of the heirs of Schmidt, and uninformed whether they claim interest in the property, this court will not determine the question of title, and the action is dismissed, without costs.

GINSBURG v. HEILER. (Supreme Court, Appellate Division, First Department. May 16, 1913.) Action by Maurice Ginsburg against Max Heiler. No opinion. Application denied with $10 costs. Order signed. See, also, 140 N. Y. Supp. 1013.

GLAENZER, Appellant, v. DE WOLFE, Respondent. (Supreme Court, Appellate Division